IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL HILDEN,<br>　　　　Plaintiff | :<br>:<br>: |
| v. | :    CIVIL NO. 3:13-CV-1437<br>:<br>:    (JUDGE NEALON) |
| UNITED STATES OF AMERICA,<br>　　　　Defendant | :    (MAGISTRATE JUDGE CARLSON)<br>: |

## ORDER

NOW, THIS 30th DAY OF May, 2014, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 28), is **ADOPTED**;

2. Plaintiff's motions to enforce settlement, (Docs. 22, 25), are **DENIED**.

FILED
SCRANTON

PER _____
　　DEPUTY CLERK

_____
United States District Judge